UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**                        CHAPTER 13
NA'EEM TAMIR MCCOY                  CASE NO. 22-42902-MAR
                                                          JUDGE MARK A RANDON

Debtor                                       /
_____

**TRUSTEE'S SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**

    **Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and files her objections pursuant to E.D. Mich. LBR 3015-3(a) and opposes confirmation of the Chapter 13 Plan where it does not comply with Bankruptcy Code provisions, 11 U.S.C. §§ 1325, 1322, other applicable provisions of Title 11 Chapter 13 and Local Bankruptcy Rules, as follows:

1. Trustee objects to debtor counsel's failure to file a Proof of Service pursuant to E. D. Mich. LBR 1009-1(b) indicating their compliance with E. D. Mich. LBR 1009-1(d) as well as E. D. Mich. LBR 1007-1(d) (serving original Plan on added creditor, Bradford Mallory).

2. Trustee requests that debtor clarify in any Order Confirming Plan that the residential lease creditor is Bradford Mallory per the Amended Schedule G.

3. Trustee requests that debtor amend Schedule B to disclose the post-petition purchase of a 2020 Nissan Versa pursuant to the Order entered on 6/14/2022.

**Wherefore**, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan and for other and further relief as the Court deems appropriate, including dismissal.

Dated: July 20, 2022

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ KRISPEN S. CARROLL-mcs
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
NA'EEM TAMIR MCCOY  CASE NO. 22-42902-MAR
 JUDGE MARK A RANDON

Debtor_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ACCLAIM LEGAL SERVICES
8900 E 13 MILE RD
WARREN, MI 48093

July 20, 2022

/s/ Shannon Horton
SHANNON HORTON
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com